

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00144-CV

**IN THE INTEREST OF L.R., III AND A.R. CHILDREN**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Irene Rios, Justice

On August 7, 2017, appellant filed a pro se document asking this court to appoint him counsel in this appeal. Appellant is already represented in this appeal by Mr. Kurtis S. Rudkin. Therefore, appellant's request for court-appointed counsel is DENIED AS MOOT.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk